UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIOUS GATES,<br><br>           Plaintiff,<br><br>     v.<br><br>ALIM KASSAM, et al.,<br><br>           Defendants. | Case No. 23-cv-04827-HSG<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND SUBMIT A FILING** |

On November 14, 2023, Plaintiff filed a second amended complaint. Dkt. No. 24. As Defendants point out, Plaintiff was required to obtain either Defendants' agreement or the Court's leave to file this amended complaint when he did. Dkt. No. 26; *see* Fed. R. Civ. P. 15(a)(1) and (2). On the other hand, all parties are aware of the Ninth Circuit's very liberal standard for allowing amendment, and contested litigation over this issue in a case that has been pending in this Court for just over two months very likely would be a poor use of the resources and time of both the Court and the parties. Accordingly the Court **DIRECTS** the parties to meet and confer, and by December 11, 2023 one of the following documents must be filed: either (1) a joint stipulation consenting to the filing of the second amended complaint, agreeing that the currently pending motion to dismiss (Dkt. No. 11) is moot, and setting a briefing schedule for any renewed motion to dismiss; or (2) a motion by Plaintiff seeking leave under Fed. R. Civ. P. 15(a)(2) to file the second amended complaint (Dkt. No. 24), with any opposition and reply due on the schedule set out in Local Rules 7-3.

**IT IS SO ORDERED.**

Dated: 11/28/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge