THE RYAN FIRM
A Professional Corporation

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRIOUS GATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALIM KASSAM; BRIAN O'SHAUGHNESSY; ALEX URMERSBACH; THE RAMA CAPITAL PARTNERS, LLC; THE RAMA FUND, LLC; ATHAS CAPITAL GROUP, INC., a Terminated Corporation which was Dissolved 01/04/2023; CALIFORNIA TD SPECIALISTS; TIMOTHY D. GRIFFITH; JEFFREY M. GRIFFITH; MICHAEL W. GRIFFITH; FCI LENDER SERVICES, INC.; PETER BAO; CAMEO REAL ESTATE; WENDY Y. MEDINA; ALL PERSONS UNKNOWN, Claiming Any Legal or Equitable Right, Title Estate, Lien, or Interest in the Property described in this Complaint adverse to Plaintiff's Title thereto; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.:   4:23-cv-04827-HSG<br>Date Action Filed:   August 21, 2023<br>Date Removed:   September 20, 2023<br><br>**ORDER GRANTING AMENDED STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT (DOC# 37)** |

Presently before the Court is the Amended Stipulation of the parties to allow the filing of Plaintiff Tyrious Gates' Second Amended Complaint ("SAC") in response to the Court's order directing the parties to meet and confer. (Doc# 30: Court Order; Doc# 37: Amended Stipulation.) Having reviewed the Stipulation and good cause appearing, the Court hereby GRANTS the Stipulation and orders as follows:

- The Second Amended Complaint ("SAC") by Plaintiff Tyrious Gates (Doc# 24) remains filed in this action pursuant to FRCP 15.

- The motion to dismiss the First Amended Complaint filed by Defendants Athas Capital Group, Inc.; Rama Capital Partners, LLC; The Rama Fund, LLC; Alim Kassam; Brian O'Shaughnessy; Alex Urmersbach; FCI Lender Services, Inc.; California TD Specialists; Timothy Griffith; Michael Griffith; and Jeffrey Griffith is moot.

- All defendants will have 30 days from the entry of this order within which to respond to the SAC.

- Any motion in response to the SAC will be noticed for hearing by counsel and briefing deadlines will be as per Local Rule or as otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated:   12/12/2023

DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA