1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    TYRIOUS GATES,                           Case No. 23-cv-04827-HSG

8                  Plaintiff,                 **ORDER TO SHOW CAUSE**

9         v.                                  Re: Dkt. No. 56

10   ALIM KASSAM, et al.,

11                 Defendants.

12

United States District Court
Northern District of California

13         On August 26, 2024, this Court dismissed Plaintiff's claims against all Defendants except

14   Peter Bao, who has not appeared in this case. *See* Dkt. No. 56 at 11.  The Court also ordered

15   Plaintiff to show cause why the Court should not dismiss Peter Bao from the case under Federal

16   Rule of Civil Procedure 4(m). *See id.* at 12.  Finally, the Court ordered Plaintiff to file any

17   amended complaint (without naming any new defendants or causes of action) by September 30,

18   2024.  To date, Plaintiff has not responded to the order to show cause or filed an amended

19   complaint.  Accordingly, the Court **DIRECTS** Plaintiff TO **SHOW CAUSE** why the case should

20   not be dismissed for failure to prosecute, given Plaintiff's failure to respond to the order to show

21   cause and failure to file an amended complaint by the September 30, 2024, deadline.  Plaintiff

22   shall file a statement of two pages or less by October 28, 2024.  Failure to respond to this order

23   will result in dismissal without further notice to Plaintiff.

24         **IT IS SO ORDERED.**

25   Dated:   10/15/2024

26                                            _____

27                                            HAYWOOD S. GILLIAM, JR.
                                              United States District Judge

28