UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRIOUS GATES,

    Plaintiff,

v.

ALIM KASSAM, et al.,

    Defendants.

Case No. 23-cv-04827-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Granting Defendants' Motions to Dismiss,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 6th day of December, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.